**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janet E. Taylor, | ) No. CV-10-2453-PHX-SMM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Transportation Insurance Co., | ) |
| Defendant. | ) |

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 72.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims, with all parties to bear their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED VACATING** the status conference set for **May 21, 2012 at 3:00 p.m.**

DATED this 4th day of April, 2012.

Stephen M. McNamee
Senior United States District Judge