**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janet E. Taylor,<br><br>    Plaintiff,<br><br>vs.<br><br>Transportation Insurance Co.,<br><br>    Defendant. | No. CV-10-2453-PHX-SMM<br><br><br><br>**ORDER** |

    Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 72.) Accordingly,

    **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims, with all parties to bear their respective costs and attorneys' fees.

    **IT IS FURTHER ORDERED VACATING** the status conference set for **May 21, 2012 at 3:00 p.m.**

    DATED this 4th day of April, 2012.

Stephen M. McNamee
Senior United States District Judge